JOHNNY NOW a/k/a JOHN NOW, Appellant,
v.
LESLIE DIETRICH, Appellee.
No. 4D07-1317, No. 4D07-2987.
District Court of Appeal of Florida, Fourth District.
July 23, 2008.
Barbara J. Compiani and Jane Kreusler-Walsh of Kreusler-Walsh, Compiani & Vargas, P.A., West Palm Beach, Terry N. Freeman of Freeman & Supran, P.A., North Palm Beach, and Albert J. Gamot, Jr., of The Gamot Law Firm, P.L., Palm Beach Gardens, for appellant.
John T. Jenkins, Jr., Jupiter, for appellee.
PER CURIAM.
Affirmed.
SHAHOOD, C.J., POLEN and FARMER, JJ., concur.
Not final until disposition of timely filed motion for rehearing.